UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. MELCHOR KARL T. LIMPIN,<br><br>                        Plaintiff,<br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>                        Defendants. | Case No.: 23-cv-0399-DMS-DEB<br><br>**ORDER RESPONDING TO REFERRAL NOTICE** |

Plaintiff Relator Melchor Karl T. Limpin, proceeding *pro se*, brings this qui tam action against California Governor Gavin Newsom, California State Senate President *pro tempore* Toni G. Atkins, Assembly Speaker Anthony Rendon, various Doe individual defendants and their respective employers for colluding to violate the False Claims Act ("FCA") by permitting "unauthorized foreigners" to obtain COVID-19 relief, file tax returns, and receive Medicaid benefits.

On April 5, 2023, the Court granted Plaintiff's Motion to Proceed in Forma Pauperis. (ECF No. 6.) On October 24, 2023, the Court denied Plaintiff's Motion to Appoint Counsel and granted the United States' Motion to Dismiss. (ECF No. 28.) Accordingly, the Court denied Plaintiff's pending motions as moot. (*Id.*) On December 7, 2023, the Court denied Plaintiff's Motion for Reconsideration. (ECF No. 35.) Subsequently, Plaintiff filed a

Notice of Appeal to the United States Court of Appeals for the Ninth Circuit.  (ECF No. 36.)

The Ninth Circuit now refers this matter to the trial court for the "limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith."  (ECF No. 39.)  28 U.S.C. § 1915(a)(3) provides that an appeal may not be taken in forma pauperis if the trial court "certifies in writing that it is not taken in good faith."  An appeal is considered "frivolous" under 28 U.S.C. §1915(a)(3) if the complaint "lacks an arguable basis either in law or in fact."  *Neitzke v. Williams*, 490 U.S. 319, 326 (1989).

Upon review of the record herein, the Court finds Plaintiff's appeal lacks an arguable basis in law or in fact.  Plaintiff's suit was dismissed because Plaintiff is a pro se litigant and such litigants may not prosecute a *qui tam* suit against the United States.  *Stoner v. Santa Clara Cnty. Office of Educ.*, 502 F.3d 1116, 1127–28 (9th Cir. 2007).  Further, the Court denied Plaintiff's Motion to Appoint Counsel because "appointment of counsel should be allowed only in exceptional cases," and the Court did not find Plaintiff's suit to be one of those exceptional cases.  *U.S. ex rel. Gardner v. Madden*, 352 F.2d 792, 793 (9th Cir. 1965).  Plaintiff's Motion for Reconsideration failed to address these issues and was dismissed as meritless.  Accordingly, the Court certifies that Plaintiff's appeal is frivolous and therefore **REVOKES** Plaintiff's in forma pauperis status under 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

Dated:  January 3, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court